

FILED
CLERK, U.S. DISTRICT COURT

MAY 26 2020

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| **PLAINTIFF** | 2:20MS-2318 |
| v. | |
| Johnny Gray | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| **DEFENDANT(S).** | |

Upon motion of _Defendant_ , IT IS ORDERED that a detention hearing is set for _MAY 29_ , _2020_ , at _11:00_ ☒a.m. / ☐p.m. before the Honorable _EICK_ , in Courtroom _342_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

_(Other custodial officer)_

Dated: _5/26/20_ _____

_____
U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                                  Page 1 of 1